UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Willie Jackson,

Plaintiff.

v.

Brian Williams, et al.,

Defendant

Case No. 2:26-cv-03200-MMD-EJY

**ORDER**

On September 30, 2026, Plaintiff Willie Jackson submitted an Application to Proceed *in forma pauperis* ("IFP") but did not submit a complaint. ECF No. 1. To commence a civil lawsuit, Plaintiff must file a complaint. *See* Fed. R. Civ. P. 3 stating: "A civil action is commenced by filing a complaint with the court." Moreover, Local Special Rule 2-1 states: "A civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court's form."

Further, Plaintiff's IFP is incomplete and on an old form. ECF No. 1. Plaintiff's IFP application fails to include his inmate trust fund account statement for the previous six-month period and a financial certificate. NDOC inmates who seek to apply for *in forma pauperis* status must submit a completed IFP on this Court's approved form (including pages 1-3 of the form) and sign the form on page 3. 28 U.S.C. §§ 1914, 1915(a)(1)–(2); Nev. Loc. Special R. 1-2. *In forma pauperis* status does not relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments. 28 U.S.C. § 1915(b).

Accordingly, IT IS HEREBY ORDERED that to commence a new case Plaintiff **must**, no later than **November 13, 2026**, file a signed complaint on the Court's form.

IT IS FURTHER ORDERED that, no later than **November 13, 2026**, Plaintiff must either pay the full $405 filing fee or file a fully complete IFP that includes completed information required on pages 1-3 of the Court's form. Plaintiff must sign the form on page 3.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this action will be subject to dismissal without prejudice. A dismissal without prejudice allows Plaintiff

to refile the case with the Court, under a new case number, when Plaintiff can file a complaint and either pay the required filing fee or file a complete IFP.

The Clerk of the Court is **INSTRUCTED** to send Plaintiff: (a) the approved form application to proceed *in forma pauperis* for an inmate in NDOC custody with instructions; and (b) the approved form for filing a 42 U.S.C. § 1983 complaint with instructions.

DATED: October 14, 2026

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE